RODIO

(S)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Plumbers & Pipefitters, Local Union #51; Kenneth Aurecchia, et al., Trustees
Plaintiff
v.
Thomson Mechanical Contractors, Inc. and Cheryl Trottier, Individually
Defendant

CA 08 264 ML
Civil Action No.

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Thomson Mechanical Contractors, Inc.
Attorney Anthony Bucci
155 South Main Street, Suite 405
Providence, RI 02903

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jeffrey M. Gibson, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street, 4thFloor
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 7-14-08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Thomson Mechanical Contractors, Inc. by:

(1) personally delivering a copy of each to the individual at this place, ____________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Anthony Bucci, Esq accepted by Sue Dunne (Receptionist); or

(4) returning the summons unexecuted to the court clerk on ____________; or

(5) other *(specify)* ____________________.

My fees are $ 45.00 for travel and $ ________ for services, for a total of $ $45.00.

Date: 7/23/08

Michael DeFalco
Server's signature

MICHAEL DEFALCO (Process Server)
Printed name and title

35 Waveland St. Johnston, RI 02919
Server's address

x Sue Dunne
Sue Dunne (Receptionist)