**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLUMBERS & PIPEFITTERS, LOCAL UNION #51; et al** | : | |
| **Plaintiff** | : | |
| **VS.** | : | **C.A. NO.: 08-264 ML** |
| **THOMSON MECHANICAL CONTRACTORS, INC., et al** | : | |
| **Defendant** | : | |

## ANSWER

**NOW** comes the Defendant, **THOMPSON MECHANICAL CONTRACTORS, INC.,** in the above-entitled matter, before this Honorable Court, and Answers the Plaintiffs' Complaint as follows:

1. The Defendant can neither admit nor deny the allegations forth in paragraph 1. and leaves the Plaintiffs to their proof.
2. The Defendant can neither admit nor deny the allegations forth in paragraph 2. and leaves the Plaintiff to their proof.
3. The Defendant can neither admit nor deny the allegations forth in paragraph 3. and leaves the Plaintiff to their proof.
4. Deny.
5. The Defendant admits that Cheryl Trottier is a resident of East Providence, is the corporation's president and is sole stockholder, but denies the remainder of the allegations set forth.
6. The Defendant can neither admit nor deny the allegations forth in paragraph 6. and leaves the Plaintiffs to their proof.

## COUNT I

7. The Defendant incorporates its responses to paragraphs 1 through 6 of the Plaintiffs' Complaint, as though set forth herein.
8. The Defendant can neither admit nor deny the allegations forth in paragraph 8. and leaves the Plaintiffs to their proof.

9. The Defendant can neither admit nor deny the allegations forth in paragraph 9. and leaves the Plaintiffs to their proof.
10. The Defendant can neither admit nor deny the allegations forth in paragraph 10. and leaves the Plaintiffs to their proof.
11. The Defendant can neither admit nor deny the allegations forth in paragraph 11. and leaves the Plaintiffs to their proof.
12. Deny.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant Judgment for it, deny the relief sought by the Plaintiffs and award the Defendant reasonable attorney fees and costs for the defense of this matter.

**COUNT II**

13. The Defendant incorporates its responses to paragraphs 1 through 12 of the Plaintiffs' Complaint, as though set forth herein.
14. Deny.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant Judgment for it, deny the relief sought by the Plaintiffs and award the Defendant reasonable attorney fees and costs for the defense of this matter.

**COUNT III**

15. The Defendant incorporates its responses to paragraphs 1 through 12 of the Plaintiffs' Complaint, as though set forth herein.
16. Deny.
17. Deny.
18. Deny.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant Judgment for it, deny the relief sought by the Plaintiffs and award the Defendant reasonable attorney fees and costs for the defense of this matter.

**COUNT IV**

19. The Defendant incorporates its responses to paragraphs 1 through 18 of the Plaintiffs' Complaint, as though set forth herein.
20. Deny.
21. Deny.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant Judgment for it, deny the relief sought by the Plaintiffs and award the Defendant reasonable attorney fees and costs for the defense of this matter.

**COUNT V**

22. The Defendant incorporates its responses to paragraphs 1 through 21 of the Plaintiffs' Complaint, as though set forth herein.

23. The Defendant can neither admit nor deny the allegations forth in paragraph 11. and leaves the Plaintiffs to their proof.

24. The Defendant can neither admit nor deny the allegations forth in paragraph 24. and leaves the Plaintiffs to their proof.

25. Deny.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant Judgment for it, deny the relief sought by the Plaintiffs and award the Defendant reasonable attorney fees and costs for the defense of this matter.

**Thompson Mechanical Contractors, Inc.,**
By its attorney,

/s/ Jack D. Pitts
______________________________

Jack D. Pitts, Esq., #3397
PITTS & BURNS
635 Killingly St.
Johnston, RI 02903
(401) 453-2800

**CERTIFICATION**

A true and accurate copy of the within Answer was mailed, US Mail, postage prepaid, to Jeffrey M. Gibson, Esq., Rodio & Ursillo, Ltd, 86 Weybosset Street, 4th floor, Providence, RI 02903, on the 7th day of August, 2008.

/s/ Jack D. Pitts
______________________________