**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLUMBERS & PIPEFITTERS, LOCAL UNION #51; et al** | : | |
| **Plaintiff** | : | |
| **VS.** | : | **C.A. NO.: 08-264 ML** |
| **THOMSON MECHANICAL CONTRACTORS, INC., et al** | : | |
| **Defendant** | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the Defendant, **THOMSON MECHANICAL CONTRACTORS, INC.** .

/s/ Jack D. Pitts

Jack D. Pitts, Esq., #3397
PITTS & BURNS
635 Killingly St.
Johnston, RI 02903
(401) 453-2800

## CERTIFICATION

A true and accurate copy of the within Entry was mailed, US Mail, postage prepaid, to Jeffrey M. Gibson, Esq., Rodio & Ursill

/s/ Jack D. Pitts