**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLUMBERS & PIPEFITTERS, LOCAL UNION #51; et al** | : | |
| **Plaintiff** | : | |
| **VS.** | : | **C.A. NO.: 08-264 ML** |
| **THOMSON MECHANICAL CONTRACTORS, INC., et al** | : | |
| **Defendant** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Defendant, **CHERYL TROTTIER.**

/s/ Jack D. Pitts
___________________________
Jack D. Pitts, Esq., #3397
PITTS & BURNS
635 Killingly St.
Johnston, RI 02903
(401) 453-2800

**CERTIFICATION**

A true and accurate copy of the within Entry was mailed, US Mail, postage prepaid, to Jeffrey M. Gibson, Esq., Rodio & Ursillo, Ltd, 86 Weybosset Street, 4th floor, Providence, RI 02903, on the 7th day of August, 2008.

__/s/ Jack D.Pitts