**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLUMBERS & PIPEFITTERS, LOCAL UNION #51; et al** | : | |
| **Plaintiff** | : | |
| **VS.** | : | **C.A. NO.: 08-264 ML** |
| **THOMSON MECHANICAL CONTRACTORS, INC., et al** | : | |
| **Defendant** | : | |

## Motion To Continue

**NOW** comes the Defendant, through counsel, before this Honorable Court, and humbly prays that the Settlement conference scheduled for September 9, 2008, be continued as the Defendants' attorney is scheduled to appear in Worcester for an unrelated Bankruptcy Court matter.

**THOMPSON MECHANICAL CONTRACTORS, INC., et al**
By their Attorney

/s/ Jack D. Pitts
______________________________

Jack D. Pitts, Esq., #3397
PITTS & BURNS
635 Killingly St.
Johnston, RI 02903
(401) 453-2800

## CERTIFICATION

A true and accurate copy of the within Motion was E- mailed, US Mail, postage prepaid, to Jeffrey M. Gibson, Esq., Rodio & Ursillo, Ltd. at jgibson@rulaw.com on the 25th day of August, 2008.

__/s/ Jack D.Pitts